## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANAL INSURANCE COMPANY** | : | CIVIL ACTION NO. 1:05-CV-2194 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **PAUL COX TRUCKING**, et al., | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 9th day of May, 2006, upon consideration of the motion (Doc. 4) to dismiss the original complaint, filed by defendant Andrew David Kurey, Jr., and it appearing that plaintiff has filed an amended complaint (see Doc. 8), see FED. R. CIV. P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."), and that the amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that the motion (Doc. 4) to dismiss the original complaint is DENIED as moot.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge