# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANAL INSURANCE COMPANY,** | : | **CIVIL ACTION NO. 1:05-CV-2194** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **PAUL COX TRUCKING, PAUL COX** | : | |
| **individually and d/b/a Paul Cox** | : | |
| **Trucking, ANDREW DAVID KUREY,** | : | |
| **JR., and CLASS 1 TRANSPORT, INC.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of September, 2006, in accordance with a telephone conference held with counsel of record in the above-captioned action, concerning the pretrial and trial schedule and the numerous pending motions to dismiss and/or for summary judgment, and it appearing that resolution of the pending dispositive motions constitutes "good cause" for a continuance of this schedule, see FED. R. CIV. P. 16(b), it is hereby ORDERED that:

1. The pretrial and trial schedule in this case is STAYED, pending disposition of the pending motions to dismiss and/or for summary judgment.

2. If necessary, a revised pretrial and trial schedule will issue by future order of court.

                                                 S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge