**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CANAL INSURANCE COMPANY** | : | **CIVIL ACTION NO. 1:05-CV-2194** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **PAUL COX TRUCKING, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of October, 2006, upon consideration of the "letter motion" faxed by plaintiff to the attention of the court and dated October 12, 2006, see L.R. 5.2(c) ("Documents shall not be faxed to a judge without prior leave of court."), in which plaintiff requests an order of court compelling discovery, and it appearing that discovery disputes in this matter are to be resolved "by way of telephone conference rather than through the filing of formal motions" (Doc. 33 ¶ 4(c)), it is hereby ORDERED that:

1. The request is DENIED without prejudice to plaintiff's right to request a telephone conference to resolve the dispute.

2. Absent prior leave of court, the court will not accept correspondence seeking formal relief.  See L.R. 5.2(c).[1]

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1]The court notes that plaintiff's counsel was admonished about a prior violation of L.R. 5.2(c) by the order of court dated January 9, 2006.  (See Doc. 20.)